**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BRUCE JUSTIN PARTRIDGE,                                    Civil No. 23-717 (JRT/TNL)

        Petitioner,

v.                                                                                **ORDER**

BELTRAMI COUNTY, et al.,

        Respondents.

---

Bruce Justin Partridge, Inmate # 74055, Beltrami County Jail, 626 Minnesota Avenue N.W., Bemidji, MN 56601, *pro se* petitioner.

Edwin William Stockmeyer , III, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** Trials and Appeals, Bremer Tower, Suite 1800, 445 Minnesota Street, St. Paul, MN 55101-2134, for defendants.

Based upon the Report and Recommendation by United States Magistrate Judge

Tony N. Leung dated April 17, 2023 (ECF No. 4), along with all the files and records, and

no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.  The petition for a writ of habeas corpus of petitioner Bruce Justin Partridge

    (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

2.  This case is **DISMISSED.**

3.  Partridge's application proceed in forma pauperis (ECF No. 2) is **DENIED**.

4.  No certificate of appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 16, 2023                    s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       District Judge
                                       United States District Court